**Ruth Rabiela RODRIGUEZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–73107.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 19, 2006.

Andrew J. Vazquez, Esq., Law Offices of Andrew J. Vazquez, Pasadena, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office

of the District Counsel, Department of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Mary Jane Candaux, Esq., Melissa Neiman–Kelting, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Ruth Rabiela Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' decision adopting and affirming an immigration judge's decision denying her application for cancellation of removal. She contends, among other things, that the Board erred in concluding that pursuant to 8 U.S.C. § 1229b(b)(1)(C), her domestic violence conviction under California Penal Code § 273.5 made her ineligible for cancellation of removal. This contention is foreclosed by *Gonzalez–Gonzalez v. Ashcroft*, 390 F.3d 649 (9th Cir.2004). We therefore deny the petition for review.

**PETITION FOR REVIEW DENIED.**

---

1. All pending motions are denied as moot.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.